## Louisville Manufg. Co. v. Brown.

APPEAL from the Chancery Court of Jefferson.

Heard before the Hon. THOMAS COBBS.

MOUNTJOY & TOMLINSON ; GARRETT & UNDERWOOD and BUSH & BROWN, for appellant.

LANE & WHITE, contra.

The bill in this case was filed by S. Brown, as as-

signee of I. Phillips & Bro.; and prayed to have the chancery court take jurisdiction of and administer the trust created by the deed of assignment.

The present appeal is taken from a decree allowing the claim of certain creditors of I. Phillips & Bro. and allowing attorney's fee and compensation for the assignees. Decree affirmed.

Opinion by McCLELLAN, J.